UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH GRAY

VERSUS                                              CIVIL ACTION NO.: 09-424-JVP-SCR

DARRYL VANNOY, ET AL

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 14, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's Motion for Summary Judgment (doc. 17) is hereby **DENIED**, and the defendants Motion to Dismiss (doc. 27) is hereby **GRANTED** and this matter shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 26, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA